**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Filimex, L.L.C., | ) No. CV 05-3792-PHX-SMM |
| Plaintiff, | ) |
| vs. | ) **ORDER OF DISMISSAL** |
| Novoa Investments, L.L.C., | ) |
| Defendant. | ) |

Pursuant to the stipulation of the parties (Doc. 17) and Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the above-captioned matter is dismissed with prejudice, each party to bear its own attorney's fees and costs.

DATED this 29th day of March, 2007.

Stephen M. McNamee
United States District Judge